# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

1 December 2013

146826

*In re* HONORABLE WADE H. McCREE,
Judge, 3rd Judicial Circuit Court

SC: 146826
JTC: Formal Complaint No. 93

_____

     This cause having been brought to this Court by the recommendation of the Judicial Tenure Commission and having been argued by counsel and due deliberation had thereon by the Court, IT IS ORDERED that Hon. Wade H. McCree is removed from office and conditionally suspended without pay for six years beginning on January 1, 2015, with the suspension becoming effective only if respondent is reelected to judicial office in November 2014. Pursuant to MCR 9.205 (B) respondent is ordered to pay costs of $11,645.17 to the Judicial Tenure Commission. The clerk is directed to issue this judgment forthwith pursuant to MCR 7.317(C)(3).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2014



Clerk